UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACQUELYN L. WEIMAN,

    Plaintiff,

       v.                                  No. 3:16-cv-598(WIG)

CAROLYN COLVIN,
Acting Commissioner of
Social Security,

    Defendant.
_____X

## ORDER OF DISMISSAL

Plaintiff, who is pro se, filed this action on April 14, 2016, seeking court review of a decision of the Commissioner of Social Security pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).  After the Commissioner filed her Answer and the administrative record, the Court entered a Scheduling Order on June 22, 2016.  *See* ECF # 15.  Pursuant to this Scheduling Order, Plaintiff was required to file her motion to reverse and/or remand and supporting memorandum of law no later than 60 days from the date the Answer was filed.  On October 24, 2016, the Court issued an Order to Show Cause why the case should not be dismissed; Plaintiff was ordered to file a response to the show cause order, or her motion to reverse and/or remand along with a supporting memorandum of law, within fifteen (15) days.  *See* ECF # 17.  To date, Plaintiff has not filed a dispositive motion or provided the Court with an explanation for her inaction.  Accordingly, this case is dismissed for failure to prosecute.

SO ORDERED, this  29th  day of November, 2016, at Bridgeport, Connecticut.

                                            */s/ William I. Garfinkel*
                                            WILLIAM I. GARFINKEL
                                            United States Magistrate Judge